**FILED**

03/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0580

## IN THE SUPREME COURT OF THE STATE OF MONTANA

IN RE THE MARRIAGE OF:    )
    )
**PEGGY LEANN SMITH,**    )  Cause No.     DA-22-0580
    )
    Petitioner and Appellee,    )  **ORDER GRANTING**
    )  **UNCONTESTED APPELLEE'S**
And    )  **MOTION FOR EXTENSION OF**
    )  **TIME TO FILE INITIAL BRIEF**
**WILLIAM MICHAEL SMITH,**    )
    )
    Respondent and Appellant.

THE COURT having reviewed Appellee's *Uncontested Motion for Extension of Time to File Initial Brief* and for good cause appearing therefore:

IT IS HEREBY ORDERED that Appellee has an additional thirty (30) days to submit her Appellant's Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW

cc:  Lewis K. Smith, Esq.
     Jamie McKittrick, Esq.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 7 2023